Appeal Part. Pay
CA 00-232E

```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

    # 00500511 - AM
    September 6, 2005


    Code   Case #   Qty    Amount

    APPEAL 0 00-232 e          100.92 CH


    TOTAL→              100.92



    FROM: DOUGLAS NYHUIS 06548-040
          FCI LORETTO
          P.O. BOX 1000
          LORETTO, PA 15940
```