CA 00-232 E
appeal part pay
receipt # 06-157

```
       UNITED STATES
      DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

     # 06000157 - SF
      January 3, 2006

   Code   Case #   Qty    Amount

   APPEAL 0 00-232E         100.92 CH


   TOTAL→            100.92


   FROM: U.S. TREASURY FOR DOUG NYHUIS
```