```
     UNITED STATES
     DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
        ERIE Division

   # 06000135  -  DM
    December 12, 2005

 Code    Case #    Qty     Amount

APPEAL D 00-232 E          90.00 CH


 TOTAL->                   90.00
```

CA 00-232
appeal part pay
receipt # 06-135