CA 00-232
appeal part pay
receipt # 06-164

```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

    # 06000164  -  DM
    January 9, 2006


   Code   Case #   Qty    Amount

   APPEAL I 00-232            0.55


   TOTAL→              0.55


   FROM: DOUGLAS NYHUIS, 06542-040
         FCI LORETTO
         PO BOX 1000
         LORETTO PA  15940
```