IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DOUGLAS NYHUIS                    )
                                  )
            v.                    )
                                  )    CA 00-232 Erie
UNITED STATES OF AMERICA          )
                                  )

ORDER

AND NOW, this 3rd day of February, 2006, it appearing to the court that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY ORDERED that the pleadings/case impounded in the office of the Clerk of Court be returned to the closed filing system of the Clerk's Office.

The pleadings/case is to remain sealed with a copy of this Order attached to the envelope and to the file folder. Anyone desiring to view the impounded pleadings/case shall file a request with the Clerk with notification to all parties. This file/pleading is to remain sealed for the next _10_ years.

Documents: Docs. 91



s/Sean J. McLaughlin
U.S. DISTRICT JUDGE