CA  00-232  E

appeal  port  pay

receipt  #  06-211

UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

# 06000211 - SF

February 7, 2006

TOTAL-                      $5.00