OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

| Marcia M. Waldron | FOR THE THIRD CIRCUIT | Telephone |
|---|---|---|
| Clerk | 21400 United States Courthouse | 267-299-4918 |
| | 601 Market Street | |
| | Philadelphia PA 19106-1790 | |

www.ca3.uscourts.gov

March 23, 2006

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room B-160
Erie, PA  16501

RE: Docket No. 05-2859
    Nyhuis  vs. USA
    D.C. No. 00-cv-00232-E

Dear Mr. Barth:

    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    (x) We return herewith the certified record in the case(s).

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

**RECEIVED**

**APR - 4 2006**

U.S. DISTRICT COURT
PENNSYLVANIA

Very truly yours,
MARCIA M. WALDRON
Clerk

By: Phyllis Ruffin
    Case Manager

Enclosure